U.S.A. vs _Marco Gomez Diaz_ No. 07mj 2519

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on **10/30/07** and ended on **11/5/07** ; ( )
_____ and ended on _____ . ( )

3161(h)

___(1)(A)  Exam or hrg for **mental or physical incapacity**                                    A

___(1)(B)  **NARA exam**ination (28:2902)                                                       B

___(1)(D)  State or Federal trials or **other charges pending**                                 C

___(1)(E)  **Interlocutory appeals**                                                            D

___(1)(F)  **Pretrial motions** (from flg to hrg or other prompt dispo)                         E

___(1)(G)  **Transfers from other district** (per FRCrP 20, 21 & 40)                            F

___(1)(J)  **Proceedings under advisement** not to exceed thirty days                           G

___        Misc proc:  Parole or prob rev, deportation, **extradition**                         H

___(1)(H)  **Transportation** from another district or to/from examination                      6
           or hospitalization in ten days or less

___(1)(I)  Consideration by Court of **proposed plea agreement**                                7

___(2)     **Prosecution deferred** by mutual agreement                                         I

✓(3)(A)(B) **Unavailability of defendant** or **essential witness** _in deto_                   M

___(4)     Period of **mental or physical incompetence** of defendant to                        N
           stand trial

___(5)     Period of **NARA commitment or treatment**                                           O

___(6)     **Superseding indictment and/or new charges**                                        P

___(7)     **Defendant awaiting trial of co-defendant** when no severance                       R
           has been granted

___(8)(A)(B)  **Continuances** granted per (h)(8)-use "T" alone if more than                    T
              one of the reasons below are given in support of continuance

___(8)(B)(I)  1) Failure to grant a **continuance** in the proceeding                           T1
              would result in a **miscarriage of justice** and
              the ends of justice outweigh the best interest
              of the public and the defendant in a speedy trial.
              (**Continuance - miscarriage of justice**)

___           2) Failure to grant a **continuance** of the trial would result in
              a miscarriage of justice as the defendant has tendered a
              guilty plea to a magistrate judge and is awaiting a
              determination as to whether the plea will be accepted.
              (**Continuance - tendered a guilty plea**)

___(8)(B)(ii)  2) **Case** unusual or **complex**                                               T2

___(8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days       T3

___(8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,             T4
               or give reasonable time to prepare
               (**Continuance re counsel**)

___3161(I)   Time up to **withdrawal of guilty plea**                                           U

___3161(b)   **Grand jury indictment time extended** thirty (30) more days                      W

Date **10/30/07**                                                    Judge's Initials