1  **MICHELLE BETANCOURT**
California State Bar No.  215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California  92101-5008
Telephone:  (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
michelle_betancourt@fd.org
5

6  Attorneys for Defendant Mr. Gomez-Diaz

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    Case No.  07mj2519
                                       )
12              Plaintiff,             )
                                       )
13  v.                                 )
                                       )    **NOTICE OF APPEARANCE**
14  MARCO ANTONIO GOMEZ-DIAZ,          )
                                       )
15              Defendant.             )
                                       )
16

17              Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney

19  in the above-captioned case.

20                                          Respectfully submitted,

21  Dated:  November 6, 2007                 *s/  Michelle Betancourt*
                                            **MICHELLE BETANCOURT**
22                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant
23                                          michelle_betancourt@fd.org

24

25

26

27

28