1  **ELLIS M. JOHNSTON III**
   California Bar No. 223664
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   E-mail: ellis_johnston@fd.org
5

6  Attorneys for Mr. Gomez-Diaz

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   Case No. 07MJ2519
                                     )
12          Plaintiff,                )
                                     )
13 v.                                )   **PROOF OF SERVICE**
                                     )
14 **MARCO ANTONIO GOMEZ-DIAZ**,    )
                                     )
15          Defendant.                )
                                     )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **United States Attorney**
           efile.dkt.gc1@usdoj.gov,
21

22
                                              *s/ Ellis M. Johnston, III*
23 Dated: November 6, 2007                    **ELLIS M. JOHNSTON III**
                                              Federal Defenders of San Diego, Inc.
24                                            E-mail: ellis_johnston@fd.org

25

26

27

28